```
STEVEN A. CLAIR, ESQ., CSB #111450
LAW OFFICES OF STEVEN A. CLAIR
2155 WEST MARCH LANE, SUITE 1C
STOCKTON, CALIFORNIA  95207-6420
TELEPHONE:  (209) 476-0851
FACSIMILE:  (209) 476-9429

ATTORNEY FOR DEFENDANT
ROBERT MORGAN ENTERPRISES
```

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
2/10/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT MORGAN ENTERPRISES, <br><br> Defendant. | CASE NO. 5:10-CV-04757-JW (PSG) <br><br> STIPULATION RE CONTINUANCE OF DEFENDANT'S MOTION TO DISMISS; ~~PROPOSED~~ ORDER <br><br> [FRCP 35] |

The parties to the above-entitled action, by and between their respective attorneys of record, hereby stipulate as follows:

1. On February 1, 2011, Defendant ROBERT MORGAN ENTERPRISES filed a Motion to Dismiss pursuant to FRCP, Rule 12(b)(3). The hearing on the Motion to Dismiss is currently set for March 22, 2011, at 10:00 a.m., in Courtroom 5, Fourth Floor, of the above-entitled Court, located at 280 South 1st Street, San Jose, California 95113.

2. Defendant's motion to dismiss be continued for another thirty (30) days, to wit, to **April 25, 2011 at 9:00 AM** so as to allow the parties to complete the ADR process.

1

1  SO STIPULATED:

2  DATED:   February 9, 2011   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

3                              By:  /s/ Raymond T. Cheung
                                    RAYMOND T. CHEUNG
4                                   Attorney for Plaintiff

5

6  DATED:   February 9, 2011   LAW OFFICES OF STEVEN A. CLAIR

7                              By:  /s/ Steven A. Clair
                                    STEVEN A. CLAIR
8                                   Attorney for Defendant

9

10                                ORDER

11        IT IS SO ORDERED.

12

13  DATED: February 10, 2011

14                              _____
                                JAMES WARE
15                              UNITED STATES DISTRICT CHIEF JUDGE

2

STIPULATION RE CONTINUANCE OF DEFENDANT'S MOTION TO DISMISS;
PROPOSED ORDER