IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Equal Employment Opportunity Comm'n, | NO. C 10-04757 JW |
| Plaintiff, v. | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| Robert Morgan Enters., | |
| Defendant. / | |

On March 28, 2011, the Mediator in this action notified the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 22.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **April 15, 2011**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, CA on **April 25, 2011 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **April 15, 2011**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: April 4, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cindy O'Hara cindy.ohara@eeoc.gov
David F. Offen-Brown David.Offen-Brown@eeoc.gov
Jonathan T. Peck Jonathan.Peck@eeoc.gov
Raymond T. Cheung raymond.cheung@eeoc.gov
Steven Allan Clair steveclair57@hayoo.com
William Robert Tamayo william.tamayo@eeoc.gov

**Dated:  April 4, 2011**               **Richard W. Wieking, Clerk**

                                        **By:     /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**