1   WILLIAM R. TAMAYO, SBN 084965
    JONATHAN T. PECK, 12303 (VA)
2   RAYMOND T. CHEUNG, SBN 176086
    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3   San Francisco District Office
    350 The Embarcadero, Suite 500
4   San Francisco, CA 94105-1260
    Telephone No. (415) 625-5649
5   Fax No. (415) 625-5657
    E-mail: raymond.cheung@eeoc.gov
6
    Attorneys for Plaintiff EEOC
7

8                     UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  EQUAL EMPLOYMENT                     Case No. C-10-04757 JW
    OPPORTUNITY COMMISSION,
12                                       CONSENT DECREE
         Plaintiff,
13
    v.
14

15  ROBERT MORGAN ENTERPRISES,

16       Defendant

17

18  I. INTRODUCTION

19       Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or

20  "Commission") filed this suit on behalf of Charging Party Rena Flores, alleging that her employer

21  Defendant Robert Morgan Enterprises ("Morgan") subjected her to harassment and a retaliatory

22  employment discharge due to her activities protected by Title VII of the Civil Rights Act of 1964

23  ("Title VII") and Title I of the Civil Rights Act of 1991. Defendant Morgan has denied the above

24  allegations. The Commission and Morgan now seek to resolve this action without the expenditure of

25  additional resources and expenses in contested litigation. They enter into this Consent Decree to

26  further the objectives of equal employment opportunity as set forth in Title VII.

27       The Court has reviewed this Consent Decree in light of the pleadings, the record herein, the

28  applicable law, and now approves this Consent Decree.

    EEOC v. Robert Morgan Ent.
    C-10-04757 JW
    Consent Decree

1 | II. NON-ADMISSION OF LIABILITY

2 |      This Consent Decree is not an adjudication or finding on the merits of this case and shall not be

3 | construed as an admission of a violation of Title VII by Morgan.

4 | III. GENERAL PROVISIONS

5 |      1.    This Court has jurisdiction over the subject matter and the parties to this action.  This

6 | Court retains jurisdiction over this Consent Decree during its term.

7 |      2.    This Consent Decree constitutes a full and final resolution of the Commission's claim

8 | against Morgan in this action.

9 |      3.    This Consent Decree will become effective upon its entry by the Court.

10 |      4.    This Consent Decree is final and binding upon the parties to it, their successors and

11 | assigns.

12 |      5.    Each party shall bear its own costs and attorneys fees in this action.

13 | IV. GENERAL INJUNCTIVE RELIEF

14 |      6.    Morgan and its current officers, agents, employees and all persons in active concert or

15 | participation with them shall comply with all requirements of Title VII with respect to providing a

16 | workplace free of harassment on the basis of sex and national origin

17 |      7.    Morgan and its current officers, agents, employees and all persons in active concert or

18 | participation with them shall comply with all requirements of Title VII with respect to providing a

19 | workplace free of retaliation.

20 |      8.    Morgan and its current officers, agents, employees and all persons in active concert or

21 | participation with them shall not retaliate against Rena Flores or any other employee or former

22 | employee for having testified or participated in any manner in the Commission's investigation and the

23 | proceedings in this case.

24 | V. SPECIAL INJUNCTIVE RELIEF

25 |      9.    Within ninety (90) days of the entry of this Consent Decree, Morgan shall provide a two

26 | (2) hour training on Title VII to all of its management employees.  Said training will include what a

27 | manager or supervisor should do when an employee complains about sexual and national origin

28 | harassment or retaliation, how to investigate such complaints, and the obligations of managers and

EEOC v. Robert Morgan Ent.
C-10-04757 JW
Consent Decree

1   supervisors not to retaliate against employees who make such complaints.

2       10.   Within thirty (30) days after completing the training designated in paragraph 9, Morgan

3   shall mail to counsel for the Commission a report containing the date of the training, a list of all

4   attendees including their job titles, copies of all materials distributed at the training.

5       11.   Semi-annually, during the duration of this Consent Decree, Morgan shall submit copies

6   of any complaints of disparate treatment, sex or national origin discrimination, sex or national origin

7   harassment or retaliation, to the Commission's attorney.

8       12.   Defendant Morgan shall provide Charging Party Rena Flores with a neutral employment

9   reference.

10      13.   For the duration of this Consent Decree, Defendant Morgan shall post a Notice, attached

11   hereto as Exhibit A, regarding the terms of this Consent Decree in a clearly visible location frequented

12   by employees at each of Morgan's facilities.

13   VI. MONETARY RELIEF

14      14.   Within five (5) days of the entry of this Consent Decree, Morgan shall pay the sum of

15   $10,000.00 to Rena Flores as compensatory damages and in satisfaction of the Commission's claims

16   against Defendant Morgan as set forth in its Complaint. This sum will be paid by check directly to Ms.

17   Flores, and will be sent to her via certified mail, at the address to be provided to Morgan by the

18   Commission. A copy of said check and its transmittal letter will be sent to the Commission's counsel

19   at the San Francisco District Office.

20      15.   Within ninety (90) days of the entry of this Consent Decree, Morgan shall pay the sum

21   of $15,000.00 to Rena Flores as compensatory damages and in satisfaction of the Commission's claims

22   against Defendant Morgan as set forth in its Complaint. This sum will be paid by check directly to Ms.

23   Flores, and will be sent to her via certified mail, at the address to be provided to Morgan by the

24   Commission. A copy of said check and its transmittal letter will be sent to the Commission's counsel

25   at the San Francisco District Office.

26      16.   Morgan shall cause to be issued an IRS Form 1099-misc to Rena Flores for the

27   monetary relief paid.

28   ///

EEOC v. Robert Morgan Ent.
C-10-04757 JW
Consent Decree

1  VII. EXPIRATION OF CONSENT DECREE

2      17.    This Consent Decree constitutes a full and final resolution of all the Commission's

3  claims against Morgan in this action. This Consent Decree will expire two (2) years after its entry,

4  provided that Morgan has substantially complied with the terms of this Consent Decree. Morgan will

5  be deemed to have complied substantially if the Court has not made any findings or orders during the

6  term of the Consent Decree that Morgan has failed to comply with any of the terms of this Decree.

7

8  On behalf of Plaintiff EEOC                          On behalf of Defendant Robert Morgan Ent.

9  Date: March 21, 2011                                 Date: March 21, 2011  April 4, 2011

10 U. S. EQUAL EMPLOYMENT                               Law Offices of Steven Clair
   OPPORTUNITY COMMISSION
11

12     /s/                                                 /s/
   WILLIAM R. TAMAYO                                    STEVEN CLAIR

13     /s/
   JONATHAN T. PECK                                     Attorney for Defendant Robert Morgan Ent.
14

15     /s/
   RAYMOND T. CHEUNG

16 Attorneys for Plaintiff EEOC

17

18

19                                      **ORDER**

20     It is so ordered.
21  The Clerk shall close this file.

    Dated:  April 6, 2011
22

23                                      JAMES WARE
                                        United States District Chief Judge
24

25

26

27

28
   EEOC v. Robert Morgan Ent.
   C-10-04757 JW
   Consent Decree