IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Equal Emp't Opportunity Comm'n, | NO. C 10-04757 JW |
| Plaintiff, v. | **ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE. CRIMINAL CONTEMPT** |
| Robert Morgan Enters., | |
| Defendant. | |

On March 5, 2012, the Court held an Order to Show Cause Hearing re. Criminal Contempt in the above-captioned matter. Defendant failed to make an appearance.

For the reasons stated on the record, the Court CONTINUES the Hearing on the Order to Show Cause re. Criminal Contempt. Accordingly, on **April 23, 2012 at 9 a.m.**, Defendant shall appear to show cause, if any, by actual appearance in Court and by certification filed with the Court on or before **April 13, 2012**, why it should not be held in criminal contempt.

Further, at the March 5 Hearing the Court discussed with Plaintiff's counsel various motions that the Court would be prepared to entertain to bring this matter to a close. Thus, on or before **March 16, 2012**, Plaintiff shall file any further motion it wishes to file in regard to Defendant's non-compliance with the Court's previous Orders in this matter.

Dated: March 5, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cindy O'Hara cindy.ohara@eeoc.gov
David F. Offen-Brown David.Offen-Brown@eeoc.gov
Jonathan T. Peck Jonathan.Peck@eeoc.gov
Raymond T. Cheung raymond.cheung@eeoc.gov
Steven Allan Clair steveclair57@yahoo.com
William Robert Tamayo william.tamayo@eeoc.gov

**Dated: March 5, 2012**          **Richard W. Wieking, Clerk**

                              **By:      /s/ JW Chambers**
                                     **Susan Imbriani**
                                     **Courtroom Deputy**