IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Equal Emp't Opportunity Comm'n, | NO. C 10-04757 JW |
| Plaintiff, | **ORDER CONTINUING JUDGMENT DEBTOR EXAMINATION** |
| v. | |
| Robert Morgan Enters., | |
| Defendant. | |

On March 29, 2012, the Court granted Plaintiff's *Ex Parte* Application for a judgment debtor examination of Robert V. Morgan, Jr.  (See Docket Item No. 46.) On April 17, 2012, the Court granted a stipulation by the parties to continue the judgment debtor examination to July 2, 2012 at 9 a.m.  (See Docket Item No. 49.)

Upon review, and in light of the Court's own calendar and availability, the Court CONTINUES the July 2 judgment debtor examination to **July 9, 2012 at 9 a.m.**  Plaintiff shall serve this Order on Defendant by **June 11, 2012** and file the appropriate certificate of service.

Dated: May 30, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cindy O'Hara cindy.ohara@eeoc.gov
David F. Offen-Brown David.Offen-Brown@eeoc.gov
Jonathan T. Peck Jonathan.Peck@eeoc.gov
Raymond T. Cheung raymond.cheung@eeoc.gov
Steven Allan Clair steveclair57@yahoo.com
William Robert Tamayo william.tamayo@eeoc.gov

**Dated: May 30, 2012**                         **Richard W. Wieking, Clerk**

                                               **By:   /s/ JW Chambers**
                                                     **William Noble**
                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California