*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

1  STEVEN A. CLAIR, SBN 111450
   LAW OFFICES OF STEVEN A. CLAIR
2  2155 W. MARCH LANE, SUITE 1-C
   STOCKTON, CA  95207
3  PHONE:       (209) 476-0851
   FAX:         (209) 476-9429
4  Attorney for Defendant
   ROBERT MORGAN ENTERPRISES and
5  ROBERT V. MORGAN, JR.

6

7  WILLIAM R. TAMAYO, SBN 084965
   JONATHAN T. PECK, , 12303 (VA)
8  RAYMOND T. CHEUNG, SBN 176086
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
9  San Francisco District Office
10 350 The Embarcadero, Suite 500
   San Francisco, CA 94105-1260
11 Telephone No. (415) 625-5649
   Fax No. (415) 625-5657
12 E-mail:  raymond.cheung@eeoc.gov

13
   Attorneys for Plaintiff
14 U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.  C-10-04757 JW |
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT DEBTOR EXAMINATION, [PROPOSED] ORDER |
| v. | DATE:  August 13, 2012 |
| ROBERT MORGAN ENT., | TIME:  9:00 AM |
| Defendant | Courtroom 9, 19th Floor |

On May 30, 2012, the Court issued an ORDER CONTINUING JUDGMENT DEBTOR

EXAMINATION [Dkt. No. 50] that rescheduled a prior order for Robert V. Morgan, Jr. to appear

before the Court for a Judgment Debtor Examination, to July 9, 2012 at 9:00 AM.

Due to continuing partial payments by Defendant Robert Morgan Ent., Attorney for Plaintiff

Equal Employment Opportunity Commission and attorney for Defendant Robert Morgan Enterprises

1

Stip to Continue Debtor Exam.                                                    CV-10-4757 JW

and Mr. Robert V. Morgan, Jr., hereby stipulate to, and request a rescheduling of the Judgment Debtor Examination to August 13, 2012, at 9:00 AM, in Courtroom 9, 19th Floor.

THE FOREGOING IS AGREED TO BY:

DATED:  6/21/12                                                                  DATED:  6/21/2012

/s/ Raymond Cheung                                                        /s/ Steven A. Clair
Raymond T. Cheung                                                          Steven A. Clair
Counsel for EEOC                                                              Counsel for Robert Morgan Enterprises and
                                                                                              Robert V. Morgan, Jr.

GENERAL ORDER 45 ATTESTATION

I, Raymond T. Cheung, am the ECF User whose ID and password are being used to file this Stipulation to Continue Judgment Debtor Examination, and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that Steven A. Clair has concurred in this filing.

Date:   June 21, 2012                                                  By:              /s/ Raymond T. Cheung

[Proposed]ORDER

The Court hereby incorporates the foregoing stipulation and reschedules the Judgment Debtor Examination to take place on September 10, 2012 at 9:00 a.m. in Courtroom 9, 19th Floor.  It is so ordered

DATED:  June 26, 2012

Hon. James Ware
UNITED STATES DISTRICT CHIEF JUDGE