

STEVEN A. CLAIR, ESQ., CSB #111450
LAW OFFICES OF STEVEN A. CLAIR
2155 WEST MARCH LANE, SUITE 1-C
STOCKTON, CALIFORNIA  95207-6420
TELEPHONE:        (209) 476-0851
FACSIMILE:         (209) 476-9429

ATTORNEY FOR DEFENDANT
ROBERT MORGAN ENTERPRISES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT MORGAN ENT.,<br><br>　　　　　　Defendant. | Case No.  C-10-04757 JW<br><br>EX PARTE APPLICATION FOR ORDER CONTINUING DEBTOR'S EXAMINATION<br><br>Honorable James Ware<br>Courtroom 9, 19th Floor |

　　　1.　　On or about June 10-15, 2012, the parties entered into a Stipulation to change the date of a debtor's examination in the above referenced matter to August 13, 2012.  A true copy of the Stipulation entered into between the parties is attached hereto, labeled Exhibit "A" and incorporated by this reference herein.  The Stipulation specifies that the new date for the examination is August 13, 2012 at 9:00 a.m.  The order also states the new date for the examination is August 13, 2012.

　　　2.　　When the Court received the Stipulation, the Court changed the continued hearing date to September 10, 2012.

　　　3.　　Counsel for the examinee immediately advised EEOC attorney Raymond Cheung that he was unavailable on September 10, 2012.

　　　4.　　The reason for counsel's unavailability is that he is on a pre-planned, pre-paid vacation out of the country.

　　　5.　　Counsel is available September 24, 2012 or thereafter.

1  6. Mr. Cheung refused to stipulate to continue the examination.

2  Wherefore, it is requested that the Court sign the proposed order continuing the debtor's

3  examination to either September 24, 2012 or a date thereafter that is convenient to the Court.

4  Dated: July 12, 2012                    Respectfully submitted,

5                                          LAW OFFICES OF STEVEN A. CLAIR

6                                              /s/ Steven A. Clair
                                            Steven A. Clair, Attorney for Defendant
7

8                                    [PROPOSED] ORDER

9  The Court hereby incorporates the foregoing and reschedules the Judgment Debtor

10  Examination to take place on September 24, 2012 at 9:00 a.m. in Courtroom 9, 19th Floor. It is so

11  ordered.

12

13  Dated:  July 18, 2012                 _____
                                          Hon. James Ware
14                                        UNITES STATES DISTRICT CHIEF JUDGE

---

2

EX PARTE APPLICATION FOR ORDER CONTINUING DEBTOR'S EXAMINATION