WILLIAM R. TAMAYO, SBN 084965
JONATHAN T. PECK, 12303 (VA)
RAYMOND T. CHEUNG, SBN 176086
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5649
Fax No. (415) 625-5657
E-mail: raymond.cheung@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT MORGAN ENTERPRISES,<br><br>    Defendant | Case No.  C-10-04757 JW<br><br>NOTICE OF WITHDRAWAL OF MOTION; REQUEST TO VACATE JUDGMENT DEBTOR EXAMINATION<br><br>Examination Date:   September 24, 2012<br>Time:                          9:00 AM<br>Court Room:             9, 19th Floor |

## I. INTRODUCTION

On December 14, 2011, the Court issued an Order [Docket No. 37] instructing Defendant Robert Morgan Enterprises to fully comply with this Court's prior October 26th Order [Docket No. 31] regarding completion of payment by January 30, 2012 to Charging Part Rena Flores as per the parties' Consent Decree [Docket No. 25]. Furthermore, on December 14, 2011, this Court issued an Order Granting Plaintiff's Motion for Attorney Fees [Docket No. 38], instructing Defendant to deliver a check to Plaintiff in the amount of $6,600 on or before January 30, 2012.

Defendant's failure to comply with the Court's orders led to a finding of Civil Contempt against Defendant, and forced Plaintiff Equal Employment Opportunity Commission ("EEOC") to

1

C10-4757 JW EEOC v. Robert Morgan Ent.
Notice & Request to Vacate Exam

file an *Ex Parte* Application for Issuance of Order of Examination against Judgment Debtor [Docket No. 45], which this Court granted on March 29, 2012 [Docket No. 46].  After several continuances of the examination date, the Court ordered Defendant Robert Morgan Enterprises and Robert V. Morgan, Jr. to appear before this Court for the Judgment Debtor Examination on September 24, 2012 [Docket No. 55].

## II.  COMPLIANCE WITH THIS COURT'S ORDERS

On September 14, 2012, Plaintiff EEOC received an accounting statement of Defendant's complete and final payment of the settlement amount to Charging Party Flores.  Additionally, EEOC received a check in the amount of $6,600 for payment of the court-ordered attorney fees.

## III.  FURTHER JUDICIAL ACTION

In light of Defendant's final compliance with this Court's orders, Plaintiff EEOC respectfully requests the Court to vacate the September 24, 2012 Judgment Debtor Examination.

DATED:  September 17, 2012        /s/ Raymond T. Cheung
                                  Raymond T. Cheung,
                                  Counsel for Plaintiff
                                  Equal Employment Opportunity Commission


[~~Proposed~~] ORDER

It is so ordered that the September 24, 2012 Judgment Debtor Examination is vacated.

Dated: September 18, 2012         [signature]

                                  UNITED STATES MAGISTRATE JUDGE

---

C10-4757 JW <u>EEOC v. Robert Morgan Ent.</u>
Notice & Request to Vacate Exam

2